Case 16-24884-JNP Doc 27-5 Filed 10/26/17 Entered 10/26/17 12:54:36 Desc Proposed Order Page 1 of 2

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

File No. BK010922
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, NJ 08034
Telephone: (856) 795-2200
Attorneys for ABC BAIL BONDS INC
Trustee

In the Matter of:

DESSIE L JOHNSON




Order Filed on November 21, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Chapter 13
Case No.: 16-24884
Hearing: October 17, 2017
Judge: Jerrold N. Poslusny, Jr.

**ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY**

The relief set forth on the following pages, numbered two (2) through _____ is hereby ORDERED:

**DATED: November 21, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Case 16-24884-JNP Doc 30 Filed 11/09/17 Entered 11/09/17 17:50:16 Desc Main Document Page 2 of 2



**THIS MATTER** having been brought before the Court upon the Motion of Abc Bail Bonds, Inc. by and through its attorneys Morgan, Bornstein and Morgan, Keith B. Morgan, Esquire appearing and notice having been given to John A. Underwood, Esquire, attorneys for the Debtor, Dessie L Johnson, Isabel Balboa, Esq. Ch. 13 Trustee, and all parties on the attached service list; and the Court having considered the pleadings filed by the Movant and the responsive pleadings thereto, if any; and the Court having further considered the arguments of counsel; and for good cause being shown;

1. The co-debtor stay of Bankruptcy Code Section 1301 is vacated to permit the Movant to pursue the Movant's rights as to the co-debtors, described below to the extent and in the manner provided by any applicable contract documents and non bankruptcy law.

The Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

Description of Property (co-debtor)
To proceed with collection as to Quasaun Smith, Teonka S Matthews and Barry J Johnson

Dated:
kc