```
DISTRICT OF NEW JERSEY
File No. BK010922
MORGAN, BORNSTEIN & MORGAN
1236 Brace Road, Suite K
Cherry Hill, NJ  08034
Telephone:  (856) 795-2200
Attorneys for ABC BAIL BONDS
INC
Trustee

In the Matter of:

DESSIE L JOHNSON
```



**Order Filed on November 21, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey**

```
Chapter   13
Case No.: 16-24884
Hearing: October 17, 2017
Judge: Jerrold N. Poslusny, Jr.
```

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through _____ is hereby ORDERED:

**DATED: November 21, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page Two (2)
Debtor    :  DESSIE L JOHNSON
Case No.  :  16-24884
Caption of Order:    Order Vacating Stay

**THIS MATTER** having been brought before the Court upon the Motion of Abc Bail Bonds, Inc. by and through its attorneys Morgan, Bornstein and Morgan, Keith B. Morgan, Esquire appearing and notice having been given to John A. Underwood, Esquire, attorneys for the Debtor, Dessie L Johnson, Isabel Balboa, Esq. Ch. 13 Trustee, and all parties on the attached service list; and the Court having considered the pleadings filed by the Movant and the responsive pleadings thereto, if any; and the Court having further considered the arguments of counsel; and for good cause being shown;

1. The co-debtor stay of Bankruptcy Code Section 1301 is vacated to permit the Movant to pursue the Movant's rights as to the co-debtors, described below to the extent and in the manner provided by any applicable contract documents and non bankruptcy law.

The Movant shall serve this Order on the Debtor, any trustee and any other party who entered an appearance on the Motion.

<u>Description of Property (co-debtor)</u>
To proceed with collection as to Quasaun Smith, Teonka S Matthews and Barry J Johnson

Dated:
kc

United States Bankruptcy Court
District of New Jersey

```
In re:                                                              Case No. 16-24884-JNP
Dessie L. Johnson                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1           User: admin                Page 1 of 1         Date Rcvd: Nov 21, 2017
                               Form ID: pdf903            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2017.
db             +Dessie L. Johnson,    1641 Woodlynne Ave,    Woodlynne, NJ 08107-2230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2017 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              John A. Underwood    on behalf of Debtor Dessie L. Johnson johnunderwood@comcast.net,
               ardithreeve@comcast.net
              Keith B. Morgan    on behalf of Creditor    ABC Bail Bonds, Inc. kmorgan@morganlaw.com
              Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
                                                                                             TOTAL: 6