| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br><br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)** | Chapter 13 |
| In Re:<br><br><br>DESSIE JOHNSON | Case No.: **16-24884- JNP**<br><br><br>Judge: POLUSNEY, JR. |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION TO CREDITOR'S MOTION or CERTIFICATION OF DEFAULT TRUSTEE'S MOTION or CERTIFICATION OF DEFAULT

The debtor in the above-captioned chapter 13 proceeding hereby objects to the following **(choose one)**:

1. Motion for Relief from the Automatic Stay filed

    **DITECH FINANCIAL.**
    by_____, creditor,
                         **DECEMBER 19, 2017**

      A hearing has been scheduled for _____, at **10AM**
      _____ __m.

    OR

____ Motion to Dismiss filed by the Standing Chapter 13 Trustee.

      A hearing has been scheduled for _____, at
      _____m.

\_\_\_\_ Certification of Default filed by _____, creditor,

**I am requesting a hearing be scheduled on this matter.**

OR

\_ Certification of Default filed by Standing Chapter 13 Trustee
I am requesting a hearing be scheduled on this matter.

2.  I am objecting to the above for the following reasons **(choose one)**:

\_ ' Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached hereto.

\_ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

**XXX** Other **(explain your answer)**:_____

**I DIDN'T REALIZE THE CHANGE IN MORTGAGE PAYMENTS AND NEEDED TO MAKE THE HIGHER AMOUNT. WE DISPUTE THE AMOUNT AND REQUEST A HEARING. I DO ALSO REALIZE I'M SLIGHTLY BEHIND BUT DISPUTE THE AMOUNT, AND WISH TO WORKOUT A PAYMENT PLAN ONCE THE ARREARS ARE SET.**

3. This certification is being made in an effort to resolve the issues raised by the creditor in its motion.

4. I certify under penalty of perjury that the foregoing is true and correct.

Date: 12/11/17                    /S/ DESSIE JOHNSON
_____    _____
                                            Debtor's Signature

Date: _____    _____
                                            Debtor's Signature

**NOTE:**
1. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor at least seven (7) days before the return date pursuant to D.N.J. LBR 9013-1(d), if filed in opposition to a *Motion for Relief from the Automatic Stay or Trustee's Motion to Dismiss.*
2. This form must be filed with the court and served upon the Standing Chapter 13 Trustee and creditor within ten (10) days of the filing of a *Creditor's Certification of Default (*under an *Order Resolving Motion to Vacate Stay and/or Dismiss with Conditions) or a Trustee's Certification of Default.*

**If this form is not filed the Motion or Certification of Default will be deemed uncontested and no hearing will be scheduled.**