Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–24884–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Dessie L. Johnson
   1641 Woodlynne Ave
   Woodlynne, NJ 08107

Social Security No.:
   xxx–xx–9767

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 1/2/18 at 10:00 AM

to consider and act upon the following:

*33* – Certification in Opposition of Creditor's Motion in Opposition to Creditor's Motion (related document:31 Motion for Relief from Stay re: 1641 Woodlynne Avenue, Woodlynne Borough, NJ, 08107. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Ditech Financial LLC. Hearing scheduled for 12/19/2017 at 10:00 AM at JNP – Courtroom 4C, Camden. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit from Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) filed by Creditor Ditech Financial LLC) filed by John A. Underwood on behalf of Dessie L. Johnson. (Underwood, John)

Dated: 12/13/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court