Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 16–24884–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Dessie L. Johnson
  1641 Woodlynne Ave
  Woodlynne, NJ 08107

Social Security No.:
  xxx–xx–9767

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

on 1/2/18 at 10:00 AM

to consider and act upon the following:

*33* – Certification in Opposition of Creditor's Motion in Opposition to Creditor's Motion (related document:31 Motion for Relief from Stay re: 1641 Woodlynne Avenue, Woodlynne Borough, NJ, 08107. Fee Amount $ 181. Filed by Denise E. Carlon on behalf of Ditech Financial LLC. Hearing scheduled for 12/19/2017 at 10:00 AM at JNP – Courtroom 4C, Camden. (Attachments: # 1 Statement as to Why No Brief is Necessary # 2 Affidavit from Movant # 3 Proposed Order # 4 Loan Documents # 5 Certificate of Service) filed by Creditor Ditech Financial LLC) filed by John A. Underwood on behalf of Dessie L. Johnson. (Underwood, John)

Dated: 12/13/17

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Dessie L. Johnson  
      Debtor

Case No. 16-24884-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Dec 13, 2017  
                      Form ID: ntchrgbk     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2017.  
db            +Dessie L. Johnson,    1641 Woodlynne Ave,    Woodlynne, NJ 08107-2230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                           TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2017 at the address(es) listed below:
          Denise E. Carlon     on behalf of Creditor     Ditech Financial LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          John A. Underwood     on behalf of Debtor Dessie L. Johnson johnunderwood@comcast.net, ardithreeve@comcast.net
          Keith B. Morgan     on behalf of Creditor     ABC Bail Bonds, Inc. kmorgan@morganlaw.com
          Sean M. O'Brien     on behalf of Creditor     BANK OF AMERICA, N.A. sobrien@flwlaw.com
                                                                                                                                                  TOTAL: 6