| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Rebecca A. Solarz, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>rsolarz@kmllawgroup.com<br>Attorneys for Secured Creditor<br>Ditech Financial, LLC | <br><br>**Order Filed on December 28, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey** |
| In Re:<br>    Dessie L. Johnson,<br><br>Debtor. | Case No.: <u>16-24884-JNP</u><br><br>Adv. No.:<br><br>Hearing Date: <u>12/19/2017 @ 10am</u><br><br>Judge: <u>Jerrold N. Poslusny, Jr.</u> |

## ORDER RESOLVING MOTION FOR RELIEF FROM STAY

   The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: December 28, 2017**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Dessie L. Johnson
Case No:  16-24884-JNP
Caption of Order:  ORDER RESOLVING MOTION FOR RELIEF FROM STAY
_____

      This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial LLC, Rebecca A. Solarz, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 1641 Woodlynne Avenue, Woodlynne Borough, NJ, 08107, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and John A. Underwood, Esq., attorney for Debtor, and for good cause having been shown

      It is **ORDERED, ADJUDGED and DECREED** that as of December 17, 2017, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due September 2017 through December 2017 for a total post-petition default of $3,177.25 (4 @ 803.85; less suspense balance of $38.15); and

      It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $3,177.25 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume January 1, 2018, directly to Secured Creditor, Ditech Financial, LLC, PO Box Palatine, Il 60055-0049 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

      It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

      It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $181.00 for filing fees, totaling $531.00, which is to be paid through Debtor's Chapter 13 plan; and

      It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is hereby resolved.

Dessie L. Johnson
1641 Woodlynne Ave
Woodlynne, NJ 08107

John A. Underwood
Underwood & Micklin
 1236 Brace Rd Ste J
Cherry Hill, NJ 08034

Isabel Balboa, Chapter 13 Trustee
Cherry Hill Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08022

United States Bankruptcy Court
District of New Jersey

In re:                                                                            Case No. 16-24884-JNP
Dessie L. Johnson                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                  Page 1 of 1              Date Rcvd: Dec 28, 2017
                               Form ID: pdf903              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 30, 2017.
db              +Dessie L. Johnson,    1641 Woodlynne Ave,    Woodlynne, NJ 08107-2230

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 30, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 28, 2017 at the address(es) listed below:
       Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
        bkgroup@kmllawgroup.com
       Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
        summarymail@standingtrustee.com
       Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
       John A. Underwood    on behalf of Debtor Dessie L. Johnson johnunderwood@comcast.net,
        ardithreeve@comcast.net
       Keith B. Morgan    on behalf of Creditor    ABC Bail Bonds, Inc. kmorgan@morganlaw.com
       Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
       Sean M. O'Brien    on behalf of Creditor    BANK OF AMERICA, N.A. sobrien@flwlaw.com
                                                                                 TOTAL: 7