| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1( b)**<br>Denise Carlon, Esq.<br>KML LAW GROUP, P.C.<br>216 Haddon Avenue, Ste. 406<br>Westmont, NJ 08108<br>215-627-1322<br>dcarlon@kmllawgroup.com<br>Attorney for Ditech Financial | Order Filed on February 22, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey<br><br>Case No:  16-24884-JNP<br><br>Chapter: 13<br><br>Judge: Jerrold N. Poslusny, Jr. |
| In Re:<br><br>Dessie L. Johnson,<br><br>          DEBTOR. | |

# CONSENT ORDER ALLOWING LATE PROOF OF CLAIM

 The relief set forth on the following page is hereby ordered **ORDERED**.

**DATED: February 22, 2018**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Page 2
Debtor:        Dessie Johnson
Case No.:      16-24884-JNP
Caption:       **CONSENT ORDER ALLOWING LATE PROOF OF CLAIM**

This matter, having been brought before the Court by Denise Carlon, Esq., KML Law Group, P.C., attorneys for Secured Creditor, Ditech Financial, LLC, holder of a mortgage on real property known as 1641 Woodlynne Avenue, Woodlynne Borough, NJ 08107, with the consent of John Underwood, Esq., counsel for the Debtor, Dessie Johnson,,

It is hereby **ORDERED, ADJUDGED** and **DECREED** that Secured Creditor shall file a proof of claim within thirty (30) days of the date the parties execute this order; and

It is further **ORDERED, ADJUDGED** and **DECREED** that said proof of claim shall be deemed allowed; and

It is further **ORDERED, ADJUDGED** and **DECREED** that Debtor reserves the right to object to Secured Creditor's proof of claim.

I hereby agree and consent to the above terms and conditions:        Dated:   2/14/2018

*/s/ Denise Carlon*
DENISE CARLON, ESQ., ATTORNEY FOR SECURED CREDITOR

I hereby agree and consent to the above terms and conditions:        Dated:   2/14/2018

*/s/ John Underwood*
JOHN UNDERWOOD, ESQ., ATTORNEY FOR DEBTOR