**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Dessie L. Johnson<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9767<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 16–24884–JNP | |

# Order of Discharge    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Dessie L. Johnson

10/6/21

**By the court:** <u>Jerrold N. Poslusny Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                    Case No. 16-24884-JNP

Dessie L. Johnson                                                                                              Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dessie L. Johnson, 1641 Woodlynne Ave, Woodlynne, NJ 08107-2230 |
| 516354704 | + | ABC Bail Bonds, Inc., 234 Mickle Boulevard, Camden, NJ 08103 |
| 516452121 | + | ABC Bail Bonds, Inc., Morgan, Bornstein and Morgan, 1236 Brace Road, Suite K, Cherry Hill, NJ 08034-3229 |
| 516400187 | + | Camden County MUA, 1645 Ferry Avenue, Camden, NJ 08104-1311 |
| 516725547 |   | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 518585876 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84119-3284 |
| 518585877 | + | MEB Loan Trust IV, Serviced by Select Portfolio Servicing,, 3217 S. Decker Lake Dr., Salt Lake City, UT 84115, MEB Loan Trust IV 84119-3284 |
| 518654097 |   | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518654098 |   | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826, New Residential Mortgage LLC, P.O. Box 10826 Greenville, SC 29603-0826 |
| 516320990 | + | RMS, PO Box 280431, East Hartford, CT 06128-0431 |
| 516320988 | + | Regional Sewer Service Invoice, PO Box 1105, Bellmawr, NJ 08099-5105 |
| 516320992 | + | Stephen Einstein & Associates, PC, 39 Broadway, Ste 1250, New York, NY 10006-3089 |
| 516320993 | + | Wen Hair Care, PO Box 2014, Harlan, IA 51593-0229 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Oct 06 2021 20:21:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 06 2021 20:21:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516320976 | + | EDI: AFNIRECOVERY.COM | Oct 07 2021 00:23:00 | Afni, 1310 Martin Luther King Dr, Bloomington, IL 61701-1465 |
| 516320977 | + | Email/Text: kristin.villneauve@allianceoneinc.com | Oct 06 2021 20:21:00 | AllianceOne Receivables Management Inc., PO Box 3102, Southeastern, PA 19398-3102 |
| 516498746 |   | EDI: BANKAMER.COM | Oct 07 2021 00:23:00 | BANK OF AMERICA, N.A., PO Box 31785, Tampa, FL 33631-3785 |
| 516320978 | + | EDI: BANKAMER.COM | Oct 07 2021 00:23:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 516320979 |   | EDI: CITICORP.COM | Oct 07 2021 00:23:00 | Citibank, Attn: Corporate Bankruptcy Department, 7920 NW 110th St, Kansas City, MO 64153 |
| 516320980 | + | EDI: COMCASTCBLCENT | Oct 07 2021 00:23:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 516320981 | + | EDI: WFNNB.COM | Oct 07 2021 00:23:00 | Comenity Bank/Fashion Bug, Po Box 182125, Columbus, OH 43218-2125 |

Case 16-24884-JNP    Doc 66    Filed 10/08/21    Entered 10/09/21 00:14:06    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 34 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 516320982 | + | EDI: CONVERGENT.COM | Oct 07 2021 00:23:00 | Convergent Outsoucing, Inc, Po Box 9004, Renton, WA 98057-9004 |
| 516320983 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 06 2021 20:21:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 516320984 | + | EDI: ESSL.COM | Oct 07 2021 00:23:00 | Dish Network, PO Box 94063, Palatine, IL 60094-4063 |
| 516320986 | + | Email/Text: bknotice@ercbpo.com | Oct 06 2021 20:21:00 | ERC/Enhanced Recovery Corp, 8014 Bayberry Rd, Jacksonville, FL 32256-7412 |
| 516320987 | + | Email/Text: Banko@frontlineas.com | Oct 06 2021 20:21:00 | Frontline Asset Strategies, LLC, 2700 Snelling Ave N, Ste 250, Saint Paul, MN 55113-1783 |
| 516466497 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 06 2021 20:25:04 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517644000 | + | EDI: Q3G.COM | Oct 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788, Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC 98083-0788 |
| 517643999 | | EDI: Q3G.COM | Oct 07 2021 00:23:00 | Quantum3 Group LLC as agent for, Wollemi Acquisitions LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 516320989 | + | Email/Text: bankruptcy@rentacenter.com | Oct 06 2021 20:21:00 | Rent A Center, 2881 Mount Ephraim Ave, Camden, NJ 08104-3233 |
| 516360585 | + | EDI: DRIV.COM | Oct 07 2021 00:23:00 | Santander Consumer USA, PO BOX 560284, Dallas, TX 75356-0284 |
| 516320991 | + | EDI: DRIV.COM | Oct 07 2021 00:23:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 516363645 | + | EDI: DRIV.COM | Oct 07 2021 00:23:00 | Santander Consumer USA Inc., PO Bx 961245, Ft. Worth TX 76161-0244 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517283507 | * | Ditech Financial LLC fka Green Tree Servicing LLC, P.O. Box 6154, Rapid City, South Dakota 57709-6154 |
| 516320985 | ##+ | Ditech Financial LLC, PO Box 6172, Rapid City, SD 57709-6172 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2021          Signature:     /s/Joseph Speetjens

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 06, 2021 | Form ID: 3180W | Total Noticed: 34 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor MEB Loan Trust IV DMcDonough@flwlaw.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| John A. Underwood | on behalf of Debtor Dessie L. Johnson johnunderwood@comcast.net  Ardith@southjerseylawyers.com |
| Keith B. Morgan | on behalf of Creditor ABC Bail Bonds  Inc. kmorgan@morganlaw.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Laura M. Egerman | on behalf of Creditor New Residential Mortgage LLC bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Melissa N. Licker | on behalf of Creditor New Residential Mortgage LLC mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com |
| Rebecca Ann Solarz | on behalf of Creditor Ditech Financial LLC rsolarz@kmllawgroup.com |
| Sean M. O'Brien | on behalf of Creditor BANK OF AMERICA  N.A. DMcDonough@flwlaw.com |
| Sindi Mncina | on behalf of Creditor Ditech Financial LLC smncina@raslg.com |

TOTAL: 12